UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

KYLIE RAE ALVARADO , CASE NO: 4...25 CR-00245
Defendant,

United States Courts
Southern District of Texas
FILED

SEP 1 5 2025

Nathan Ochsner, Clerk of Court

VS,

UNITED STATES OF AMERICA ,
Respondent(S)

## MOTION FOR REVERSE PROFFER HEARING

Comes Now, the defendant, Kylie Rae Alvarado, pro-se, in this proceeding and moves this honorable court to grant the instant motion and have the United states Attorney's office to make arrangements to hold a Reverse Proffer hearing, as defense Counsel now seeks in preparation for Jury trial as the case at bar, proves to be a very complex case with many Co-defendant and the need to explain the substance of the prosecution is the only way a defendant can mount a defense with a firm possibility to prevail at trial.

The Government is sincerely requested to set a date as soon as possible for the "Reverse Proffer hearing" as the interest of Justice so requires.

The trial preparation of defense Counsel hangs

very much on the information revealed by the Government as I note again that this is a complex case, The bill of indictment does not Lay out the Rolls of each actual defendant and to get a better understanding of what the Government is Looking to prove will be made obvious at the Reverse proffer hearing and at that point Counsel will be able to complete the defense for trial,

## RELIEF REQUESTED

I, Kylie Rae Alvarado, moves this honorable court to grant the instant motion and order the Government through there assistant United states Attorney to arrange for the Reverse Proffer hearing as soon as possible and grant all other relief equal to this Request. It is so prayed.         /S/ K. alvm

Kylie Rae Alvarado

## UNNOTARIZED OATH

I, Kylie Rae Alvarado, declared under all penalty of perjury that this document is true and correct.         /S/ K. alvm

Dated: 9-11-2025 ,         Kylie Rae Alvarado

## CERTIFICATE OF SERVICE

I, Kylie Rae Alvarado, certify that a true copy of the foregoing document was handed over to correctional officers for outgoing Legalmail on this 11th day of September 2025, to be sent prepaid via-U.S. postal service mail to be sent to the parties Listed below:

1) Clerk of the court, at 515 Rusk st, Houston, TX 77002

2) office of U.S. Attorney, at 515 Rusk st, Houston, TX 77002

/S/ Kalm

Kylie Rae Alvarado 84015511
515 Rusk street
Houston, Texas 77002



Kalen
P.O. Box 9131
Seminole, FL 33775-9131

OKLAHOMA CITY OK 730
11 SEP 2025 PM 5

FOREVER / USA

This correspondence is from an inmate at
Grady County Law Enforcement Center.
GCLEC is not responsible for content.

LEGAL MAIL !

The United states courthouse
515 Rusk street
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED
SEP 15 2025
Nathan Ochsner, Clerk of Court

77002 2500 C057

Case 4:25-cr-00245   Document 136   Filed 09/15/25 in TXSD   Page 4 of 4